1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FLENORY, | ) Case No. 1:23-CV-00297-JLT-SKO |
| | ) |
|         Plaintiff, | ) **ORDER RE: JOINT STIPULATION** |
| | ) **TO CONTINUE INITIAL** |
| v. | ) **SCHEDULING CONFERENCE AND** |
| | ) **DEADLINE TO SUBMIT JOINT** |
| MACY'S, INC., a corporation; and | ) **SCHEDULING REPORT** |
| MACY'S RETAIL HOLDINGS, LLC, a | ) |
| limited liability corporation, | ) **(Doc. 14)** |
| | ) |
|         Defendants. | ) |
| | ) |

1
2
3
4
5

Based on a review of the parties' Joint Stipulation to Continue Initial Scheduling Conference and Deadline to Submit Joint Scheduling Report ("Stipulation") (Doc. 14), good cause has been shown to continue the Initial Scheduling Conference and the deadline for the parties to submit their Joint Scheduling Report.  Therefore, the relief requested in the Stipulation is **GRANTED** as follows:

6
7
8

1.     The Initial Scheduling Conference, currently scheduled for July 18, 2023, at 9:45 a.m., is **CONTINUED to September 26, 2023, at 9:30 a.m**.  The parties shall file their Joint Scheduling Report 7 days prior to the Initial Scheduling Conference.

9
10
11
12
13
14

2.     If the parties reach an agreement to settle this action, within 7 days thereof they shall file a notice of settlement, which shall include a date by which the parties expect to file a request for dismissal of the action.  If a settlement has not been reached by the deadline to file the Joint Scheduling Report, in the Joint Scheduling Report counsel shall include a statement as to the procedural status of the parties' settlement efforts and whether discussions are ongoing.

15

IT IS SO ORDERED.

16
17

Dated:   **July 11, 2023**             _/s/ Sheila K. Oberto_
                                      UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28

2